

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2018

No. 04-17-00830-CR

David M. **FONTANES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR6719
Honorable Lori I. Valenzuela, Judge Presiding

## O R D E R

Appellant's brief was originally due on February 8, 2018. We abated this appeal and remanded it to the trial court for an abandonment hearing. The trial court found the previous court-appointed counsel has abandoned the appeal, and on July 5, 2018, the trial court appointed the Bexar County Public Defender's office to represent Appellant. On July 20, 2018, Appellant's new counsel filed a motion for extension of time to file the brief.

We REINSTATE the appellate timetable in this appeal. Appellant's motion is GRANTED. Appellant's brief is due on August 20, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2018.

_____
Keith E. Hottle
Clerk of Court